

1006   29402   $0.00
R2305E124586-20

**UNITED STATES POSTAL SERVICE®**

ITEM X-RAYED BY USMS 8/17/20

# PRIORITY® MAIL

EXPECTED DELIVERY DAY: 08/17/20

USPS TRACKING® NUMBER



9505 5105 4582 0228 8566 17

- Date of delivery specified¹
- USPS TRACKING™ included international destinations.
- Limited international insurance
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

* Domestic only

To schedule free Package Pickup, scan the QR code.





EP14F Oct 2018

**FROM:** From: as man, Nelson : Bruce, Sui Juris
c/o 144 Pavilion Street
Summerville, South Carolina Republic
Non-Domestic, Non-Assumpsit
without the United States Corp.®
[zip code exempt - DMM 602 1.3e (2)]

USPS Intl. MAIL MANUAL
http://pe.usps.com/text/imm
742.1 Marketing Postage Paid
742.2 Parcels w/o Stamps – treat as Pre Paid

2020 AUG 17 AM 9:14  CHARLESTON, SC

**TO:**

Robin L. Blume
United States District Court
P.O. Box 835
Charleston, South Carolina 29402-0835





**PRIORITY MAIL**

FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT*



EP14F Oct 2018

VISIT US AT USPS.COM®