**UNITED STATES POSTAL SERVICE®** | **PRIORITY® MAIL**

**FROM:**
From: as man, Nelson : Bruce, Sui Juris
c/o 144 Pavilion Street
Summerville, South Carolina Republic
Non-Domestic, Non-Assumpsit
without the United States Corp.®
[zip code exempt - DMM 602 1.3e (2)]

USPS Intl. MAIL MANUAL
http://pe.usps.com/text/imm
742.1 Marketing Postage Paid
742.2 Parcels w/o Stamps – treat as Pre Paid

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

ITEM X-RAYED BY USMS

**TO:**
Robin L. Blume
United States District Court
Post Office Box 2317
Florence, South Carolina 29503

**TRACKED ▪ INSURED**


EXPECTED DELIVERY DAY: 12/01/20
USPS TRACKING® NUMBER
9505 5105 4583 0332 7447 93

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

2020 NOV 30 AM 10: 17 RECEIVED USDC CLERK FLORENCE SC

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.



# UNITED STATES POSTAL SERVICE®  |  PRIORITY® MAIL

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

## TRACKED ■ INSURED



PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 20 lbs.