



U.S. —— PAID
PME 1-Day
SUMMERVILLE, SC
29485
JUN 22, 21
AMOUNT
**$0.00**
R2305K142417-23
1007   29503

**POSTAGE PAID - TAXE PERCUE**
IMM 742.1/742.2 UPU RL 114(2.2)
_____ Stamp/Seal
Foreign Office of Origin

**PRESS FIRMLY TO SEAL**

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP


PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

**UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®**

**CUSTOMER USE ONLY**
**FROM:** (PLEASE PRINT)   PHONE ( 843 ) 437-7901

From: as man, Nelson : Bruce, Sui Juris
c/o 144 Pavilion Street
Summerville, South Carolina Republic
Non-Domestic, Non-Assumpsit
without the United States Corp.®
[zip code exempt - DMM 602 1.3e (2)]

**DELIVERY OPTIONS** (Customer Use Only)
☒ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

**TO:** (PLEASE PRINT)   PHONE ( 843 ) 676-3820

**Clerk of Court**
**United States District Court**
**Post Office Box 2317**
**Florence, South Carolina 29503**

ZIP + 4® (U.S. ADDRESSES ONLY)
2 9 5 0 3 - ___ ___ ___ ___

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

← **PEEL FROM THIS CORNER**



EJ 836 367 561 US

**PAYMENT BY ACCOUNT** (if applicable)
USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**
☒ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO
PO ZIP Code: 29485 | Scheduled Delivery Date (MM/DD/YY): 6/23/21 | Postage: $ 26.35
Date Accepted (MM/DD/YY): 6/22/21 | Scheduled Delivery Time: ☒ 3:00 PM | Insurance Fee: $ | COD Fee: $
Time Accepted: 5:02 ☐AM ☒PM | | Return Receipt Fee: $ | Live Animal Transportation Fee: $
Special Handling/Fragile: $ | Sunday/Holiday Premium Fee: $ | Total Postage & Fees: 26.35
Weight: ___ lbs ___ ozs ☒ Flat Rate | Acceptance Employee Initials: RMM |

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) | Time ☐AM ☐PM | Employee Signature
Delivery Attempt (MM/DD/YY) | Time ☐AM ☐PM | Employee Signature
LABEL 11-B, MAY 2021   PSN 7690-02-000-9996


2021 JUN 23 AM 11:03
RECEIVED
USDC CLERK, FLORENCE, SC




**UNITED STATES POSTAL SERVICE.**

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; May 2020; All rights reserved.





# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE



PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

**GUARANTEED* ▪ TRACKED ▪ INSURED**

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.