AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Nelson Bruce
*Plaintiff*
v.
Bank of America, N.A., also known as Bank of America
*Defendant*

Civil Action No.2:19-cv-03456-BHH

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* recover costs from the petitioner *(name)* _____.

☐ other: It is ordered that Plaintiff's objections are overruled; the Magistrate Judge's Report is adopted. Defendant's motion for summary judgment is granted; Plaintiff's motions to vacate are denied as untimely; Defendant's motion to strike Plaintiff's sur-reply is denied as moot; and this matter is ended.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

☒ decided by the Honorable

Date: February 11, 2022

*CLERK OF COURT*

s/April Dickerson

*Signature of Clerk or Deputy Clerk*