Record/FILE ON DEMAND

RECEIVED
CLERK, CHARLESTON USDC, SC
2022 APR 25 AH 9:00

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Nelson L. Bruce | Case No.: 2:19-cv-03456-BHH-KDW |
| Plaintiff, | |
| vs. | **AMENDED NOTICE OF APPEAL** |
| BANK OF AMERICA, N.A. | |
| Defendant(s). | |

Comes not Plaintiff, Nelson L. Bruce with his amended Notice of Appeal amending his notice of appeal entered on 03/11/2022 [ECF No. 123] to include on Appeal, the order of this court entered on 4-20-2022 [ECF No. 130] Denying Plaintiff's Motion to Reconsider [ECF No. 122]. Notice is hereby given that Nelson L. Bruce, Plaintiff' in the above captioned case, hereby appeals to the United States Court of Appeals for the Circuit from the order of this Court filed and entered on 11/17/2020 [ECF No. 63] denying Plaintiff's motion to amend his complaint [ECF No. 39] which was appealed on 11-30-2020 [ECF No.'s 66 & 67] as the 4th Circuit did not have jurisdiction to review because no final judgment was entered in the case at the time [ECF No.'s 78 & 79] therefore is being appealed within 30 days of the final order and Judgment Entered on 2-10-2022 and 2-11-2022 closing out this case [ECF No.'s 119 & 120] of which the final order and Judgment Entered on 2-10-2022 and 2-11-2022 [ECF No.'s 119 & 120] is also being appealed with this notice. "I hereby certify that the appeal is not taken for purpose of delay."

DATED this 22nd day of April, 2022.

RESPECTFULLY PRESENTED,

"Without Prejudice"

*Nelson L. Bruce* 4-22-2022

Nelson L. Bruce, Propria Persona, Sui Juris
"All Natural Rights Explicitly Reserved and Retained"
U.C.C.1-207/ 1-308, 1-103.6
c/o 144 Pavilion Street, Summerville, South Carolina [29483]
Phone: 843-437-7901
Email: leonbruce81@yahoo.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing "AMENDED NOTICE OF APPEAL" has been mailed to all parties on the service list via the: UNITED STATES POSTAL SERVICE by the UNITED STATES POST OFFICE via First Class Mail.

**SENT TO:**

McGuire Woods LLP
Attention: Robert A. Muckenfuss & T. Richmond McPherson III
201 North Tryon Street, Suite 3000
Charlotte, North Carolina 28202-2146
(704) 343-2009
*Counsel of Record Attorney for Defendant Bank of America, N.A.*

"Without Prejudice"

*/s/ Nelson L. Bruce 4-22-2022*

Nelson L. Bruce, Propria Persona, Sui Juris
"All Natural Rights Explicitly Reserved and Retained"
U.C.C.1-207/ 1-308, 1-103.6
c/o 144 Pavilion Street, Summerville, South Carolina [29483]
Phone: 843-437-7901
Email: leonbruce81@yahoo.com

From: as man, Nelson : Bruce, Sui Juris
c/o 144 Pavilion Street
Summerville, South Carolina Republic
Non-Domestic, Non-Assumpsit
without the United States Corp.®
[zip code exempt - DMM 602 1.3e (2)]

**United States District Court**
**Attention: Clerk of Court**
**P.O. Box 835**
**Charleston, South Carolina [29402]**

29402-08535