Record/FILE ON DEMAND

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

RECEIVED
USDC CLERK, CHARLESTON, SC
2022 MAR 11 PM 3: 11

| Nelson Bruce, | Case No.: ~~2:20-cv-0346-BHH~~ |
| Plaintiff, | 2:19 CV-03456-BHH-KDW |
| v. | **MOTION TO STAY APPEAL** |
| Bank of America, N.A. | |
| Defendant(s) | |

Comes now **Nelson L. Bruce,** Plaintiff respectfully, with his motion to **"stay"** the request for appeal filed simultaneously with this motion pending the decision of this court on his motion for new trial/motion to alter and amend [ECF No. 122]. This motion to stay is not being presented to cause unnecessary delay, or for any other improper purpose. A stay is necessary because there is a motion pending which may cause the order and judgment entered on 2-10-2022 and 2-11-2022 [ECF No.'s 119 & 120] to be altered or amended or a new trial.

**WHEREFORE,** Appellant respectfully requests that this court grant Plaintiff's motion for a stay, staying the appeal request filed simultaneously with this motion until a decision has been made on the Motion for new trial/motion to amend or alter [ECF No. 122]. Done this 11th day of March, 2022.

**RESPECTFULLY PRESENTED,**                                    "Without Prejudice"

*Nelson L. Bruce*
Nelson L. Bruce, Propria Persona, Sui Juris
All Natural Rights Explicitly Reserved and Retained
U.C.C. 1-207/1-308, 1-103.6
c/o 144 Pavilion Street, Summerville, South Carolina [29483]
ph. 843-437-7901

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing "MOTION TO STAY APPEAL" has been mailed to all parties on the service list via the: UNITED STATES POSTAL SERVICE by the UNITED STATES POST OFFICE via First Class Mail.

### SENT TO:

McGuire Woods LLP
Attention: Robert A. Muckenfuss & T. Richmond McPherson III
201 North Tryon Street, Suite 3000
Charlotte, North Carolina 28202-2146
(704) 343-2009
*Counsel of Record Attorney for Defendant Bank of America, N.A.*

"Without Prejudice"

*Nelson L. Bruce*   3-11-2022
Nelson L. Bruce, Propria Persona, Sui Juris
"All Natural Rights Explicitly Reserved and Retained"
U.C.C.1-207/ 1-308, 1-103.6
c/o 144 Pavilion Street, Summerville, South Carolina [29483]
Phone: 843-437-7901
Email: leonbruce81@yahoo.com