Record/FILE ON DEMAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

RECEIVED USDC
CLERK, CHARLESTON, SC
2022 MAY 24  AM 8: 43

| | |
|---|---|
| Nelson L. Bruce<br><br>    Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.<br><br>    Defendant(s). | Case No.: 2:19-cv-03456-BHH-KDW<br><br>NOTICE OF APPEAL |

Comes not Plaintiff, Nelson L. Bruce with his Notice of Appeal. Notice is hereby given that Nelson L. Bruce, Plaintiff' in the above captioned case, hereby appeals to the United States Court of Appeals for the Circuit from the order of this Court filed and entered on 11/17/2020 [ECF No. 63], 2/10/2022 [ECF No. 119], 2/11/2022 [ECF No. 120] and 4/20/2022 [ECF No. 130] to address portions of the courts orders and judgments that have not been released as a result of a settlement agreement. This notice constitutes as a separate appeal case to be forwarded to the 4th circuit for review of the FCRA and SCCPC claims that have not been released as a result of a settlement agreement. "I hereby certify that the appeal is not taken for purpose of delay."

DATED this 20th day of May, 2022.

RESPECTFULLY PRESENTED,

"Without Prejudice"

*Nelson L. Bruce*

Nelson L. Bruce, Propria Persona, Sui Juris
"All Natural Rights Explicitly Reserved and Retained"
U.C.C.1-207/ 1-308, 1-103.6
c/o 144 Pavilion Street, Summerville, South Carolina [29483]
Phone: 843-437-7901
Email: leonbruce81@yahoo.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing "AMENDED NOTICE OF APPEAL" has been mailed to all parties on the service list via the: UNITED STATES POSTAL SERVICE by the UNITED STATES POST OFFICE via First Class Mail.

**SENT TO:**

McGuire Woods LLP
Attention: Robert A. Muckenfuss & T. Richmond McPherson III
201 North Tryon Street, Suite 3000
Charlotte, North Carolina 28202-2146
(704) 343-2009
*Counsel of Record Attorney for Defendant Bank of America, N.A.*

"Without Prejudice"

*Nelson L. Bruce  5-20-2022*

Nelson L. Bruce, Propria Persona, Sui Juris
"All Natural Rights Explicitly Reserved and Retained"
U.C.C.1-207/ 1-308, 1-103.6
c/o 144 Pavilion Street, Summerville, South Carolina [29483]
Phone: 843-437-7901
Email: leonbruce81@yahoo.com



**PRIORITY MAIL**

FROM:
Nelson L. Bruce
c/o 144 Pavilion Street
Summerville, South Carolina [29483]

TO: United States District Court
Attention: Clerk of Court
P.O. Box 835
Charleston, South Carolina [29402]



U.S. POSTAGE $8.95
PM 1-DAY
29483  0006
Date of sale
05/20/22
06   2S
11488163
0006

ITEM X-RAYED BY USMS
5/24

PRIORITY MAIL 1-DAY

EXPECTED DELIVERY DAY: 05/23/22

SHIP TO:
PO BOX 835
CHARLESTON SC 29402-0835

USPS TRACKING NUMBER

9505 5066 2226 2140 8581 01

USPS.COM/PICKUP

RECEIVED USDC
CLERK, CHARLESTON, SC
2022 MAY 24   AM 8:41

**PRIORITY MAIL**

**UNITED STATES POSTAL SERVICE**

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

TRACKED ■ INSURED

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

EP14F May 2020
OD: 12 1/2 x 9 1/2



PS00001000014