**PRIORITY MAIL**

FROM: Nelson L. Bruce
c/o 144 Pavilion Street
Summerville, South Carolina [29483]

TO: United States District Court
Attention: Clerk of Court
P.O. Box 835
Charleston, South Carolina [29402]

ITEM X-RAYED BY USPS 5/24

U.S. POSTAGE $8.95
PM 1-DAY
29483 0006
Date of sale 05/20/22
06  2S
11488163

PRIORITY MAIL 1-DAY

EXPECTED DELIVERY DAY: 05/23/22

SHIP TO:
PO BOX 835
CHARLESTON SC 29402-0835

USPS TRACKING NUMBER

9505 5066 2226 2140 8581 01

USPS.COM/PICKUP

EP14F May 2020
OD: 12 1/2 x 9 1/2

PS00001000014

RECEIVED USDC
CLERK, CHARLESTON, SC

2022 MAY 24  AM 8:41

