IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Nelson L. Bruce, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 2:19-cv-3456-BHH |
| v. ) | |
| ) | **ORDER** |
| Bank of America, N.A., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter is before the Court upon Plaintiff Nelson L. Bruce ("Plaintiff" or "Bruce") pro se motions to reopen the appeal deadline. (ECF Nos. 147 and 148.) Defendant filed a response in opposition, asserting that Plaintiff's request for an extension of the time to file a notice of appeal falls outside the parameters of Rule 4(a)(5) and further explaining that the Fourth Circuit Court of Appeals has already decided the issue of the timeliness of Plaintiff's appeal.

After review, the Court agrees with Defendant and finds no reason to reopen the appeal deadline in this case. Accordingly, it is hereby **ORDERED** that Plaintiff's motions (ECF Nos. 147 and 148) are denied.

**IT IS SO ORDERED.**

/s/Bruce H. Hendricks
United States District Judge

January 12, 2024
Charleston, South Carolina